IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI WENZEL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. CV F 02-6210 REC LJO<br><br>**ORDER AFTER APPELLATE DECISION**<br>(Doc. 34.) |

　　　Plaintiff Tami Wenzel ("plaintiff") sought judicial review of an administrative law judge's ("ALJ's") January 31, 2002 decision to deny plaintiff's claims for disability insurance benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act ("Act"), 42 U.S.C. §§ 401-433 and 1381-1382c.  After review of the Administrative Record and the parties' papers, the magistrate judge issued February 18, 2004 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision denying plaintiff's claims for disability insurance benefits and SSI, or alternatively, to remand for consideration of new evidence.  This Court adopted the magistrate judge's findings and recommendations with its March 22, 2004 order, and a March 23, 2004 judgment was entered in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff.

1  After plaintiff appealed this Court's judgment, the Ninth Circuit Court of Appeals entered its March 13, 2006 judgment to reverse this Court with instructions to award benefits. In accordance with the Ninth Circuit's judgment, this Court ORDERS that the Administrative Law Judge's January 31, 2002 decision is REVERSED and that this action is REMANDED for calculation and payment of benefits to plaintiff.

IT IS SO ORDERED.

Dated:  **May 11, 2006**                   /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE