McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| TAMI WENZEL, | ) | 1:02-CV-6210 REC LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AWARDING EAJA ATTORNEY FEES |
| v. | ) | |
| | ) | |
| JO ANN B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by the parties, through their

undersigned counsel, subject to the approval of the Court, that

counsel for plaintiff be awarded attorney fees under the Equal

Access to Justice Act in the amount of SEVEN THOUSAND FIVE HUNDRED

DOLLARS AND NO CENTS ($7,500.00).  This amount represents

compensation for legal services rendered on behalf of plaintiff by

counsel in connection with this civil action for services

performed before the District Court and for services performed

before the Ninth Circuit Court of Appeals (Court of Appeals Case

NO. 04-16115) in accordance with 28 U.S.C. § 2412(d).

///

///

1

1       This stipulation constitutes a compromise settlement of

2   plaintiff's request for EAJA attorney fees and does not constitute

3   an admission of liability on the part of defendant under the EAJA.

4   Payment in the aforementioned sum under EAJA shall constitute a

5   complete release from and bar to any and all claims, rights,

6   causes of action, liens or subrogated interests relating to

7   attorneys fees incurred in this action under EAJA.

8       The settlement of plaintiff's claim for EAJA attorney fees

9   does not preclude plaintiff's counsel from seeking attorney fees

10  under 42 U.S.C. § 406(b) of the Social Security Act, subject to

11  the offset provisions of the law.

12                        Respectfully submitted,

13  Dated: October 3, 2006

                      /s/ Dennis M. Bromberg

14                        (As authorized via facsimile)

                      DENNIS M. BROMBERG

15                        Attorney for Plaintiff

16

17  Dated: October 4, 2006

                      McGREGOR W. SCOTT

                      United States Attorney

18

19

                      /s/ Kristi C. Kapetan

20                        KRISTI C. KAPETAN

                      Assistant U.S. Attorney

21

22  IT IS SO ORDERED.

23  **Dated:    October 4, 2006**         **/s/ Lawrence J. O'Neill**

   66h44d                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28